Anna Wortham - (*Admitted Pro Hac Vice*)
Texas State Bar No. 24093391
**BRACEWELL LLP**
Anna.Wortham@bracewell.com
1445 Ross Avenue, Suite 3800
Dallas, Texas 75202
Telephone: (214) 468-3800
Facsimile: (800) 404-3970

J. Malcolm DeVoy
Nevada Bar No. 11950
Sydney R. Gambee
Nevada Bar No. 14201
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Telephone: (702) 669-4600
jmdevoy@hollandhart.com
srgambee@hollandhart.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUNRISE HOSPITAL AND MEDICAL CENTER, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF MICHIGAN,<br><br>Defendant. | Case No. 2:23-cv-00008-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT BLUE CROSS AND BLUE SHIELD OF MICHIGAN TO FILE ITS RESPONSE TO THE COMPLAINT**<br><br>(FIRST REQUEST)<br><br>**RELATED ECF NO. 1** |

Plaintiff, Sunrise Hospital and Medical Center, LLC ("Plaintiff"), and Defendant Blue Cross and Blue Shield of Michigan ("BCBSMI"), hereby stipulate and agree that BCBSMI shall have an extension up to and including June 23, 2023, in which to file its response to Plaintiff's Original Complaint ("Complaint") (ECF No. 1). Since BCBSMI accepted the waiver of service provided by Plaintiff in this action in March of 2023 (ECF No. 10), the parties have been engaged in good faith and meaningful settlement negotiations. In the interest of either completing those negotiations and resolving this action completely, or commencing discovery in the alternative,

1

the parties wish to enter into to this stipulation and set the foregoing deadline for Plaintiff to appear in this action and respond to Plaintiff's Complaint.

This is the first request for an extension of time for BCBSMI to file a response to Plaintiff's Complaint. This request is made in good faith and not for the purpose of delay.

DATED this 13th day of June 2023.    DATED this 13th day of June 2023.

/s/ J. Malcolm DeVoy
Anna Wortham - (*Admitted Pro Hac Vice*)
Texas State Bar No. 24093391
**BRACEWELL LLP**
1445 Ross Avenue, Suite 3800
Dallas, Texas 75202

J. Malcolm DeVoy
Nevada Bar No. 11950
Sydney R. Gambee
Nevada Bar No. 14201
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Plaintiff*

/s/ Michael Ossy
Michael Ossy
**BLUE CROSS AND BLUE SHIELD OF MICHIGAN**
600 E. Lafayette Boulevard
Detroit, Michigan 48226
Email: mossy@BCBSM.com
Telephone: (313) 225-6650

*Authorized Representative for Blue Cross and Blue Shield of Michigan*

**IT IS SO ORDERED.**

**ORDER**

_____
UNITED STATES ~~DISTRICT~~ JUDGE
                Magistrate

DATED: 6-15-2023

21131060_v1

2